# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 01739**

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -5 2008

GREGORY C. LANGHAM
CLERK

_Moore, Frederick D._, Plaintiff,

v.

_Head of the Medical Dept. Boulder County Jail, Cmdr HAAS, Medical / Infirmary_, Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I declare that:

1.   I am unable to pay such fees or give security therefor.

2.   I am entitled to redress.

3.   The nature of this action is: _Gross Medical Negligence The theft of prescription couple w/ Cruel and unusual Punishment, fail to protect Mr. Moore life and health from administrative action._

(Rev. 4/15/02)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

N/A

N/A

N/A

N/A

5. Are you in imminent danger of serious physical injury?

✓ Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

Involved in two other lawsuit against the Sheriff Dept '08-CV-01389, 08-CV-01246

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   8-3-2008
_____
(Date)

_Frederick D Moore_
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 4/15/02)                    2