# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

'08 - CV - 01739

Civil Action No. _____

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2008

GREGORY C. LANGHAM
CLERK

Moore, Frederick D. _____, Plaintiff,

v.

Head of the Medical Dept Boulder ____,

County Jail Commander HAAS ____,

Medical / Infirmary ____,

_____,

_____,

_____,

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -5 2008

GREGORY C. LANGHAM
CLERK

_____, Defendant(s).

(List each named defendant on a separate line.)

## PRISONER COMPLAINT

(Rev. 4/15/02)

## A. PARTIES

1. _Moore, Frederick D. P-8741.9_
(Plaintiff's name, prisoner identification number, and complete mailing address)
_3200 Airport Rd Boulder Co 80301_

2. _Head of the Medical Dept Boulder County Jail, Commander Haas_
(Name, title, and address of first defendant)
_Medical/Infirmary: 3200 Airport Rd Boulder Co 80301_
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
_Under C.R.S. for theft of medication. Right to be free from the infliction of cruel and unusual punishment guaranteed by Eighth Amendment._
_Due process of law under the Fifth or Fourteenth Amendment protection of Mr. Moore life and health from administrative action._

3. _____
(Name, title, and address of second defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

4. _____
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 4/15/02)                                 2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

   _√_ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ____ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   _____

   _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE." ON 6-20-2008, I Frederick D. Moore, at that time was inmate of the Boulder County Sheriff Office. Between 0800-1000hrs, I was transported by Officer Fresquez. Transport was for doctor appointment concerning Mr. Moore cracked ribs 9-11 w/ puncture lung. During the visit at Longmont Clinic Mr. Moore was prescribed 30/5-500mg of vicidines by my doctor Dr. Burnham. Transport officer Fresquez took the prescription for Mr. Moore along w/ medical records to return back to jail. Later, Jail medical nurse name Clorisa called Mr. Moore during meds rounds; an Nurse Clorisa explain that the house doctor in the jail D/C my vicidines, and order I.B. proferen for pain. I ask nurse Clorisa were my prescription was. By jail grievance, nurse Clorisa replied that the script was put in my medical charts her exact words in writing. ON July 10, 2008, I was bond release, upon that time I request Medical Dept to release my prescription to me. So the nurse came along, I showed the kite that Nurse Clorisa replied to, because the nurse tried telling me that my prescription, expired after 30 days when only 20 days pass. She said, she'll go check my medical charts. The nurse return telling me that my script was filled, and I took all my medications: NOT TRUE!!! ON July 22, 2008, my bond was pulled, an I was return back in Boulder County Jail custody. During book-in another nurse prep me in concerning Health issue. I inquired about missing prescription, an she as while stated my script was filled, and taken by me: NOT TRUE!!!

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action.  For each claim, specify the
right that allegedly has been violated and state ... supporting facts that you consider important,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim.  You do not need to cite specific cases to support your claim(s).  If additional space is
needed to describe any claim or to assert more than three claims, use extra paper to continue
that claim or to assert the additional claim(s).  The additional pages regarding the cause of
action should be labeled "D. CAUSE OF ACTION."

1.   Claim One: _Gross Medical Negligence_

Supporting Facts: Medical Dept Knowingly violAted Mr. Moore
right to be free free from the infliction of cruel and
unusual punishment guaranteed by the Eight Amendment,
Mr. Moore right to due process of law under Fifth or
Fourteenth Amendment protection of an inmate's
life and health from administrative Action, which
in fact stole Mr. Moore prescription an tring to cover
the theft by ignoring Mr. Moore voluntary statement
made along with grievance

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (CHECK ONE). If your answer is Yes, complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   Boulder Sheriff Office Kitchen Supervisor and Boulder Sheriff Office Infirmary

2. Docket number and court name:

   08-CV-01389/ United States District Court for the District of Colorado

3. Claims raised in prior lawsuit:

   Retaliation: food tray poison/tainted by Jail staff.

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

   Still pending

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   NONE

6. Result(s) of any appeal in the prior lawsuit:

   NONE

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No (CHECK ONE).

2. Have you exhausted the available administrative remedies? Attach copies, if available.

   ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

   No reply when address to Commander Haos, No reply when address to Chief Hank.

(Rev. 4/15/02)                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra

I Frederick D. Moore, request relief for the suffering by Boulder County Sheriff medical/Infirmary staff by Gross Medical Negligance in the form of pain, mental anguish, cruel & unusual punishment, stress, lose of sleep, and psychological abuse: Aggrieved, defame, humiliated, belittle, malign, maltreated, misused, annoyed, victimize, vilify, bereaved, and wrong. Upon all things, I asked for relief of $20,000,000.°° for the suffering caused by the Boulder County Jail Medical/Infirmary Staff in this matter.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   8-3-2008
                  (Date)

_Frederick D. Moore_
                  (Prisoner's Original Signature)

I request the Court to: United States District Court For the District of Colorado, to accept the yellow copy in the form of transactions of my Inmate Trust Fund Account Statement for a six-month periods, along w/ the copy of my Account statement. Sign by a Boulder County Sheriff Deputy and myself on 8-2-2008.

Dated: 8-3-2008

Frederick D. Moore
☒ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant

3200 Airport Rd
Address

Boulder Co 80301
City, State and Zip Code

303 441-4650
Telephone Number (Home)          (Work)

## CERTIFICATE OF MAILING

I certify that on 8-3-2008 (date) the original of this Motion was filed with the Court; and a true and accurate copy of this MOTION TO Prison Complaint/Motion/Affidavit for LEAVE to Proceed Pursuant to 28 U.S.C. §1915 was served on the other party(ies) by placing it in the United States mail, postage pre-paid and addressed to the following: Clerk United State Courthouse, Room C-145
Head of the Medical Dept. Boulder     1929 Stout Street
County Jail Comdr Hass/Medical       Denver, Co 80294-3589
Infirmary 3200 Airport Rd
Boulder Co 80301

Frederick P. Moore
☒ Petitioner/Plaintiff  OR  ☐ Respondent/Defendant

JDF 76  5/02   MOTION TO



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

# INMATE REQUEST/GRIEVANCE FORM//FORMA DE PETICIÓN/QUEJA DE PRESO
## BOULDER COUNTY JAIL

**1** PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO AN OFFICER, WRITE OR PRINT CLEARLY, PRESSING HARD SO ALL COPIES CAN BE READ.

FAVOR DE COMPLETAR SOLO LOS ESPACIOS QUE NO SON OBSCUROS EN LA PARTE NO. 1, Y DAR ESTA FORMA COMPLETA A UN OFICIAL. ESCRIBA CLARAMENTE, IMPRIMIENDO CON FUERZA PARA QUE TODAS LAS COPIAS SEAN LEGIBLES.

YOUR NAME AND DATE OF BIRTH:   NOMBRE Y DÍA DE NACIMIENTO:

*Moore, Frederick D.*

HOUSING UNIT & CELL #:
UNIDAD & CELDA #: *Trans-Gen 03 02*

TODAY'S DATE:
FECHA DE HOY: *8-7-2008*

**DELIVER ALL INMATE REQUEST/GRIEVANCE FORMS TO YOUR MODULE OFFICER FOR RESPONSE OR DISTRIBUTION. THIS FORM IS FOR JAIL USE ONLY.**

**ENTREGUE TODAS LAS FORMAS DE PETICIÓN/QUEJA PARA RESPUESTA Ó DISTRIBUCIÓN A UN OFICIAL. PARA ASUNTOS EN LA CÁRCEL ÚNICAMENTE.**

NATURE OF REQUEST/GRIEVANCE // NATURALEZA DE PETICIÓN/QUEJA:   *Attn: Module Officer*

PLEASE DESCRIBE THE SPECIFIC REQUEST/GRIEVANCE // FAVOR DE DESCRIBIR SU PETCIÓN/QUEJA ESPECIFICAMENTE:

*I request a copy of Inmate Trust Fund Account statement for a six-month period immediately preceding filing pursuant §13-17.5-103, C.R.S.)*

*Thank You*

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE // MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA.

PLEASE SIGN HERE // FAVOR DE FIRMAR AQUI:

*Frederick P. Moore*

RECEIVED BY: (OFC. NAME & #)   DATE   TIME

**2** PART 2 IS ONLY FILLED OUT BY THE RECEIVING STAFF MEMBER.

PARTE 2 SE COMPLETA POR UN MIEMBRO DEL PERSONAL.

DELIVER TO: (SPECIFIC PERSON)
☐ JAIL DIVISION CHIEF        ☐ HEALTH SERVICES        ☐ ALTERNATIVE SENTENCING
☐ JAIL SUPERVISOR           ☐ MODULE OFFICER         ☐ PROGRAM SUPPORT SERVICES
☐ CLASSIFICATION            ☐ INQUIRY                ☐ PUBLIC DEFENDER
☐ LIBRARY                   ☐ EDUCATION              ☐ RECEPTION
                                                     ☐ CHAPLAIN

RESPONSE TO REQUEST/GRIEVANCE:

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE

SIGNATURE:                                           DATE:

DISTRIBUTION OF THIS FORM:   WHITE: INMATE FILE   YELLOW: COPY TO INMATE WHEN REQUEST/GRIEVANCE RESOLVED   PINK: COPY TO INMATE WHEN REQUEST/GRIEVANCE TURNED IN



## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court





## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Printed for: /                                                    Sun Aug 03 09:09:54 2008



8-3-2008

To: Sheriff Joe Pelle,

As a inmate in your jail the grievance process has not reorked for me. I wish to be allowed to talk to a street officer concerning my kite on theft of prescription.

Furthermore, I wish to speak to you concerning my food tray that is a special diet Low Sodium w/my name Moore labelled on it that was poison/tainted by Supervisor of Kitchen w/ the help of the Medical Dept. I am unable to eat the food tray that is secured me. I simply ask to be served some food that, I can eat.

35 plus days has passed, and no one in this jail has answered allegation to this issue. My strong belief is that, I am right about the intentional poison/tainted food tray was attempt against my life & health. I no longer feel safe as your inmate/prisoner in custody.

Please give a reply to
my concerning greivance!

Sincerely,
Frederick P. Moore



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

# INMATE REQUEST GRIEVANCE FORM//FORMA DE PETICIÓN/QUEJA DE PRESO
## BOULDER COUNTY JAIL

**1** PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO AN OFFICER, WRITE OR PRINT CLEARLY, PRESSING HARD SO ALL COPIES CAN BE READ.

FAVOR DE COMPLETAR SOLO LAS CAJAS QUE NO SON OBSCURAS EN LA PARTE NO. 1, Y DAR ESTA FORMA COMPLETA A UN OFICIAL. ESCRIBA CLARAMENTE, IMPRIMIENDO CON FUERZA PARA QUE TODAS LAS COPIAS SEAN LEGIBLES.

YOUR NAME AND DATE OF BIRTH:   NOMBRE Y DÍA DE NACIMIENTO:

Moore Frederick D.

HOUSING UNIT & CELL #:
UNIDAD & CELDA #: Transition 03-2

TODAY'S DATE:
FECHA DE HOY: 7-29-2008

☞ **DELIVER ALL INMATE REQUEST/GRIEVANCE FORMS TO YOUR MODULE OFFICER FOR RESPONSE OR DISTRIBUTION. THIS FORM IS FOR JAIL USE ONLY.**

**ENTREGUE TODAS LAS FORMAS DE PETICIÓN/QUEJA PARA RESPUESTA Ó DISTRIBUCIÓN A UN OFICIAL. PARA ASUNTOS EN LA CÁRCEL ÚNICAMENTE.**

NATURE OF REQUEST/GRIEVANCE // NATURALEZA DE PETICIÓN/QUEJA: Ch/ Hank
Attn: Sheriff Joe Pelle

PLEASE DESCRIBE THE SPECIFIC REQUEST/GRIEVANCE // FAVOR DE DESCRIBIR SU PETCIÓN/QUEJA ESPECIFICAMENTE:

I AM aggrieved by the total disregards to the chain of command not responding to my grievance Enter concerning my food intake which was a result of food poisoning that happened back on 6-17-2008, also w/A non response to the theft of my prescription by the Medical, that I wish to be investigated by the proper Authority/Law Enforcement. On 7-24-2008 I grieved to Commander Black concerning my food tray issue, on 7-23-2008 I grieved to Commander Haas along w/voluntary statement concerning my stolen prescription. On 7-28-08 being that my grievance have no reply by the two Commanders I then grieved to Captain/Chief HANK. On 7-29-08 I received information that these individual's (not refuse) or Enrocks. I wish to speak w/you.

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE // MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA.

PLEASE SIGN HERE // FAVOR DE FIRMAR AQUI:
Frederick D Moore

RECEIVED BY (OFC. NAME &#)      DATE      TIME
T73 07.29.08   2:15

**2** PART 2 IS ONLY FILLED OUT BY THE RECEIVING STAFF MEMBER.

PARTE 2 SE COMPLETA POR UN MIEMBRO DEL PERSONAL.

DELIVER TO (SPECIFIC PERSON):

☐ JAIL DIVISION CHIEF
☐ JAIL SUPERVISOR
☐ CLASSIFICATION
☐ LIBRARY

☐ HEALTH SERVICES
☐ MODULE OFFICER
☐ NOTARY
☐ EDUCATION

☐ ALTERNATIVE SENTENCING
☐ PROGRAM SUPPORT/SERVICES
☐ PUBLIC DEFENDER
☐ RECEPTION
☐ CHAPLAIN

RESPONSE TO REQUEST/GRIEVANCE

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE

SIGNATURE                    DATE

DISTRIBUTION OF THIS FORM:   WHITE: INMATE FILE   YELLOW: COPY TO INMATE WHEN REQUEST/GRIEVANCE RESOLVED   PINK: COPY TO INMATE WHEN REQUEST/GRIEVANCE TURNED IN



## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

# INMATE REQUEST GRIEVANCE FORM//FORMA DE PETICIÓN/QUEJA DE PRESO

## BOULDER COUNTY JAIL

| **1** | PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO AN OFFICER, **WRITE OR PRINT CLEARLY, PRESSING HARD SO ALL COPIES CAN BE READ.** |
|---|---|
| | FAVOR DE COMPLETAR SOLO LAS CAJAS QUE NO SON OBSCURAS EN LA PARTE No. 1, Y DAR ESTA FORMA COMPLETA A UN OFICIAL. **ESCRIBA CLARAMENTE, IMPRIMIENDO CON FUERZA PARA QUE TODAS LAS COPIAS SEAN LEGIBLES.** |

| YOUR NAME AND DATE OF BIRTH:   NOMBRE Y DÍA DE NACIMIENTO: | HOUSING UNIT & CELL #: UNIDAD & CELDA #: | TODAY'S DATE: FECHA DE HOY: |
|---|---|---|
| Moore Frederick D | Transition 030 | 7-28-2008 |

**DELIVER ALL INMATE REQUEST/GRIEVANCE FORMS TO YOUR MODULE OFFICER FOR RESPONSE OR DISTRIBUTION. THIS FORM IS FOR JAIL USE ONLY.**

**ENTREGUE TODAS LAS FORMAS DE PETICIÓN/QUEJA PARA RESPUESTA Ó DISTRIBUCIÓN A UN OFICIAL. PARA ASUNTOS EN LA CÁRCEL ÚNICAMENTE.**

NATURE OF REQUEST/GRIEVANCE// NATURALEZA DE PETICIÓN/QUEJA:   Attn: Captain Hank

PLEASE DESCRIBE THE SPECIFIC REQUEST/GRIEVANCE // FAVOR DE DESCRIBIR SU PETCIÓN/QUEJA ESPECIFICAMENTE:

I'm aggrieved by Cmdr Black NONE response to resolve my complaint due to food poisoning that happened back on 6-17 and Whereas I'm am not able to take the smell or consume my special tray. 30 days has passed, since I even tasted my tray. I ASk that time response be made so I can move on to the Next level of concerns & remedy that I can act through.

FYI. Talk to Chaplain referred me to Cmdr Black Prisoners Support/Service

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE // MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA.

| PLEASE SIGN HERE // FAVOR DE FIRMAR AQUI: | RECEIVED BY (OFC. NAME & #) | DATE | TIME |
|---|---|---|---|
| Frederick D Moore | TUBIAS 1427 | 7-28-08 | |

| **2** | PART 2 IS ONLY FILLED OUT BY THE RECEIVING STAFF MEMBER. |
|---|---|
| | PARTE 2 SE COMPLETA POR UN MIEMBRO DEL PERSONAL. |

DELIVER TO (SPECIFIC PERSON)
☐ ALL DIVISION CHIEF            ☐ HEALTH SERVICES         ☐ ALTERNATIVE SENTENCING
☐ JAIL SUPERVISOR              ☐ MODULE OFFICER          ☐ PROGRAM SUPPORT/SERVICES
☐ CLASSIFICATION               ☐ NOTARY                  ☐ PUBLIC DEFENDER
☐ LIBRARY                      ☐ EDUCATION               ☐ RECEPTION
                                                         ☐ CHAPLAIN

RESPONSE TO REQUEST/GRIEVANCE

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE

| SIGNATURE | DATE |
|---|---|
| | |

| DISTRIBUTION OF THIS FORM: | WHITE: INMATE FILE | YELLOW: COPY TO INMATE WHEN REQUEST/GRIEVANCE RESOLVED | PINK: COPY TO INMATE WHEN REQUEST/GRIEVANCE TURNED IN |
|---|---|---|---|

03/2008



### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

# INMATE REQUEST GRIEVANCE FORM//FORMA DE PETICIÓN/QUEJA DE PRESO

## BOULDER COUNTY JAIL

| **1** | PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO AN OFFICER, **WRITE OR PRINT CLEARLY, PRESSING HARD SO ALL COPIES CAN BE READ.** |
|---|---|
| | FAVOR DE COMPLETAR SOLO LAS CAJAS QUE NO SON OBSCURAS EN LA PARTE NO. 1, Y DAR ESTA FORMA COMPLETA A UN OFICIAL. **ESCRIBA CLARAMENTE, IMPRIMIENDO CON FUERZA PARA QUE TODAS LAS COPIAS SEAN LEGIBLES.** |

| YOUR NAME AND DATE OF BIRTH:   NOMBRE Y DÍA DE NACIMIENTO: | HOUSING UNIT & CELL #: UNIDAD & CELDA #: | TODAY'S DATE: FECHA DE HOY: |
|---|---|---|
| Moore Frederick D | Tower Jan 1303 | 7-29-2008 |

☞ **DELIVER ALL INMATE REQUEST/GRIEVANCE FORMS TO YOUR MODULE OFFICER FOR RESPONSE OR DISTRIBUTION. THIS FORM IS FOR JAIL USE ONLY.**

**ENTREGUE TODAS LAS FORMAS DE PETICIÓN/QUEJA PARA RESPUESTA Ó DISTRIBUCIÓN A UN OFICIAL. PARA ASUNTOS EN LA CÁRCEL ÚNICAMENTE.**

NATURE OF REQUEST/GRIEVANCE // NATURALEZA DE PETICIÓN/QUEJA:   Attn: Captain Hank

PLEASE DESCRIBE THE SPECIFIC REQUEST/GRIEVANCE // FAVOR DE DESCRIBIR SU PETCIÓN/QUEJA ESPECÍFICAMENTE:

I am grieved by the fact that Cmdr HAAS has not responded to my voluntary statement concerning my prescription that was stolen by the medical dept back on 6-2008 In which I'm seeking a investigation in this matter in the interest of justice. Thank You

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE // MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA.

PLEASE SIGN HERE // FAVOR DE FIRMAR AQUI:   Frederick D Moore

| RECEIVED BY: (OFC. NAME & #) | DATE | TIME |
|---|---|---|
| | | |

| **2** | PART 2 IS ONLY FILLED OUT BY THE RECEIVING STAFF MEMBER. |
|---|---|
| | PARTE 2 SE COMPLETA POR UN MIEMBRO DEL PERSONAL. |

DELIVER TO: (SPECIFIC PERSON)

☐ JAIL DIVISION CHIEF         ☐ HEALTH SERVICES         ☐ ALTERNATIVE SENTENCING
☐ JAIL SUPERVISOR            ☐ MODULE OFFICER          ☐ PROGRAM SUPPORT SERVICES
☐ CLASSIFICATION            ☐ NOTARY                  ☐ PUBLIC DEFENDER
☐ LIBRARY                   ☐ EDUCATION               ☐ RECEPTION
                                                       ☐ CHAPLAIN

RESPONSE TO REQUEST/GRIEVANCE

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE

SIGNATURE                                              DATE

| DISTRIBUTION OF THIS FORM: | WHITE: INMATE FILE | YELLOW: COPY TO INMATE WHEN REQUEST/GRIEVANCE RESOLVED | PINK: COPY TO INMATE WHEN REQUEST/GRIEVANCE TURNED IN |

03/2008



## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

# INMATE REQUEST/GRIEVANCE FORM//FORMA DE PETICIÓN/QUEJA DE PRESO
## BOULDER COUNTY JAIL

**1** PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO AN OFFICER, **WRITE OR PRINT CLEARLY, PRESSING HARD SO ALL COPIES CAN BE READ.**

FAVOR DE COMPLETAR SOLO LAS CAJAS QUE NO SON OBSCURAS EN LA PARTE NO. 1, Y DAR ESTA FORMA COMPLETA A UN OFICIAL. **ESCRIBA CLARAMENTE, IMPRIMIENDO CON FUERZA PARA QUE TODAS LAS COPIAS SEAN LEGIBLES.**

YOUR NAME AND DATE OF BIRTH:   NOMBRE Y DÍA DE NACIMIENTO: _Moore Frederick D_

HOUSING UNIT & CELL #: UNIDAD & CELDA #:

TODAY'S DATE: FECHA DE HOY:

**DELIVER ALL INMATE REQUEST/GRIEVANCE FORMS TO YOUR MODULE OFFICER FOR RESPONSE OR DISTRIBUTION. THIS FORM IS FOR JAIL USE ONLY.**

**ENTREGUE TODAS LAS FORMAS DE PETICIÓN/QUEJA PARA RESPUESTA Ó DISTRIBUCIÓN A UN OFICIAL. PARA ASUNTOS EN LA CÁRCEL ÚNICAMENTE.**

NATURE OF REQUEST/GRIEVANCE // NATURALEZA DE PETICIÓN/QUEJA: _Condle Blard_

PLEASE DESCRIBE THE SPECIFIC REQUEST/GRIEVANCE // FAVOR DE DESCRIBIR SU PETICIÓN/QUEJA ESPECIFICAMENTE:

_I'm arrived by my food serves @ Boulder County J. l Kitchen_

_an need to_ _chance with smatter F.Y.I. I made ok to_
_the best or release July 10, 2008 with no respnse due to release from_
_jail. If I'd a claim concerning foot pason I would like a new food_
_tray that not preparied by Kitchen Staff of done_

_Last Spacel Tray was Cold Salum_

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE // MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA.

PLEASE SIGN HERE // FAVOR DE FIRMAR AQUI: _Frederl D Moore_

RECEIVED BY: (OFC. NAME & #)   DATE   TIME

**2** PART 2 IS ONLY FILLED OUT BY THE RECEIVING STAFF MEMBER.

PARTE 2 SE COMPLETA POR UN MIEMBRO DEL PERSONAL.



DELIVER TO (SPECIFIC PERSON):
☐ JAIL DIVISION CHIEF
☐ JAIL SUPERVISOR
☐ CLASSIFICATION
☐ LIBRARY
☐ HEALTH SERVICES
☐ MODULE OFFICER
☐ NOTARY
☐ EDUCATION
☐ ALTERNATIVE SENTENCING
☐ OCJ/CMHS SUPPORT/SERVICES
☐ PUBLIC DEFENDER
☐ RECEPTION
☐ CHAPLAIN

RESPONSE TO REQUEST/GRIEVANCE:

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE:

SIGNATURE:

DATE:

DISTRIBUTION OF THIS FORM:   WHITE: INMATE FILE   YELLOW: COPY TO INMATE WHEN REQUEST/GRIEVANCE RESOLVED   PINK: COPY TO INMATE WHEN REQUEST/GRIEVANCE TURNED IN



## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

# INMATE REQUEST/GRIEVANCE FORM//FORMA DE PETICIÓN/QUEJA DE PRESO
## BOULDER COUNTY JAIL

| 1 | PLEASE FILL OUT ONLY THE UNSHADED BOXES IN PART 1, AND GIVE THE COMPLETED FORM TO AN OFFICER, WRITE OR PRINT CLEARLY, PRESSING HARD SO THE COPIES CAN BE READ. |
| | FAVOR DE COMPLETAR SOLO LAS CAJAS QUE NO SON OBSCURAS EN LA PARTE NO.1, Y DAR ESTA FORMA COMPLETA A UN OFICIAL. ESCRIBA CLARAMENTE, IMPRIMIENDO CON FUERZA PARA QUE TODAS LAS COPIAS SEAN LEGIBLES. |

| YOUR NAME: LAST,FIRST/SU NOMBRE: APELLIDO PATERNAL,NOMBRE | HOUSING UNIT & CELL # UNIDAD & CELDA #: | TODAY'S DATE // FECHA DE HOY: |
|---|---|---|
| Moore Frederick D. | Town 3 | 7-23-2008 |

**DELIVER ALL INMATE REQUEST/GRIEVANCE FORMS TO YOUR MODULE OFFICER FOR RESPONSE OR DISTRIBUTION.**

**ENTREGUE TODAS LAS FORMAS DE PETICIÓN/QUEJA PARA RESPUESTA Ó DISTRIBUCIÓN A UN OFICIAL.**

NATURE OF REQUEST/GRIEVANCE // NATURALEZA DE PETICIÓN/QUEJA:  Attn: Cmdr Haas

PLEASE DESCRIBE THE SPECIFIC REQUEST/GRIEVANCE // FAVOR DE DESCRIBIR SU PETICIÓN/QUEJA ESPECIFICAMENTE:

I am Concerned that someone in the Medical Dept is responsible for the improper use of my painpill (vicoden) I NEED to know what person I am an will investigate the lost/stolen Prescription I am inquiring about Voluntary Statement.

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE // MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA.

| PLEASE SIGN HERE // FAVOR DE FIRMAR AQUI: Frederick D Moore | RECEIVED BY: (OFC. NAME & #) J Work H-452 | DATE: 7-23-08 | TIME: 1835 |

| 2 | PART 2 IS ONLY FILLED OUT BY THE RECEIVING STAFF MEMBER. |
| | PARTE 2 SE COMPLETA POR UN MIEMBRO DEL PERSONAL. |

DELIVER TO: (SPECIFIC PERSON) Att Cmdr Haas

| ☐ JAIL DIVISION CAPTAIN | ☐ HEALTH SERVICES | ☐ ALTERNATIVE SENTENCING PROGRAMS/SUPPORT SERVICES |
| ☐ JAIL SUPERVISOR | ☐ MODULE OFFICER | ☐ PUBLIC DEFENDER |
| ☐ CLASSIFICATION | ☐ NOTARY | ☐ RECEPTION |
| ☐ LIBRARY | ☐ EDUCATION | ☐ CHAPLAIN |

RESPONSE TO REQUEST/GRIEVANCE:

☐ CHECK THIS BOX IF YOUR ARE CONTINUING ON ANOTHER PAGE.

| SIGNATURE: | DATE: |

| DISTRIBUTION OF THIS FORM: | WHITE: INMATE FILE | YELLOW: COPY TO INMATE WHEN REQUEST/GRIEVANCE RESOLVED | PINK: COPY TO INMATE WHEN REQUEST/GRIEVANCE TURNED IN |