☐ County Court ☑ District Court ☐ Denver Juvenile Court ☐ Denver Probate Court
__Denver__ County, Colorado
Court Address: 1929 Stout Street Room C-145, Denver, Co

Plaintiff/Petitioner: Frederick D. Moore

v.

Defendant/Respondent: People

08-CV-01739

▲ COURT USE ONLY ▲

Case Number: _____
Courtroom: _____

**MOTION TO:** ☑ FILE WITHOUT PAYMENT OF FILING FEE ☐ APPOINT AND PAY INTERPRETER COSTS
**AND SUPPORTING FINANCIAL AFFIDAVIT**

I, __Frederick D. Moore__, respectfully move the Court for an order to waive the following filing fee(s):
☑ complaint ☑ petition ☐ answer ☐ response ☐ motion to modify ☐ other: __Notice of Appeal__ and/or ☐ to appoint and pay for an interpreter pursuant to CJD 06-03 and as grounds state that I am without funds, have no adequate funds available, and have a meritorious claim.

All items must be fully completed. Print or type neatly. If an item does not apply, please write "N/A".

| Name of Applicant | | | Other Responsible Party (Spouse, Parent, Other Persons in Household) | | |
|---|---|---|---|---|---|
| Last Name: Moore | First Name: Frederick | MI: D | Last Name: N/A | First Name: N/A | MI |
| Street Address: 3200 Airport Rd | | | Street Address: | | |
| City: Boulder  State: Co  Zip: 80301 | | | City  State  Zip: N/A | | |
| ☐ Own ☑ Rent  Home Phone #: 303 441-4650 | | | ☐ Own ☐ Rent  Home Phone #: | | |
| Social Security #: 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 | Driver's Lic. # & State: 000680436Co | Date of Birth: | Social Security #: | Driver's Lic. # & State: | Date of Birth: |
| Most Recent Employer: Disable | | | Most Recent Employer: | | |
| Work Address: 936 Warren Court | | | Work Address: N/A | | |
| Work Phone #: (720) 842-9569 | | | Work Phone #: ( ) | | |
| Dates Employed: Unemployed | | | Dates Employed: | | |
| Hours/Week: 0.00  Pay Rate: $ 0.00 | | | Hours/Week:  Pay Rate: $ | | |
| Pay Dates: N/A | | | Pay Dates: | | |

**FILED** UNITED STATES DISTRICT COURT DENVER, COLORADO
AUG 15 2008
GREGORY C. LANGHAM CLERK

**RECEIVED** UNITED STATES DISTRICT COURT DENVER, COLORADO
AUG -5 2008
GREGORY C. LANGHAM CLERK

**Marital Status:** ☐ Single ☐ Married ☑ Divorced ☐ Separated ☐ Widowed  **Number in Household** (including yourself): ___
Identify Name, Age, and Relationship: _____

| Gross Monthly Income (See Information on page 2) | | Monthly Expenses (See Information on Page 2) | |
|---|---|---|---|
| Self (wages, salary, commission) | $ 0.00 | Rent or Mortgage | $ |
| Spouse/Other Household Members | $ 0.00 | Groceries | $ |
| Parents (if same household) | $ 0.00 | Utilities | $ |
| Unemployment Benefits | $ 0.00 | Clothing | $ |
| Social Security/Retirement Funds | $ 0.00 | Maintenance/Alimony and/or Child Support | $ |
| Maintenance/Alimony | $ 0.00 | Medical/Dental | $ |
| Other Income (identify) | $ 0.00 | Other Expenses (identify) | $ |
| Other Income (identify) | | Other Expenses (identify) | $ |
| **Total Income** | $ 0.00 | **Total Expenses** | $ |

If incarcerated, amount in Inmate Account $ 0.00. (Attach copy of Inmate Trust Fund Account statement for a six-month period immediately preceding filing pursuant to §13-17.5-103, C.R.S.)

| | | | |
|---|---|---|---|
| Cash on Hand (Cash you are carrying or which is stored at home, etc.) | $ 0.00 | Credit Cards: (Show type and balance owed) | |
| Checking Account Balance | $ 0.00 | Name/Address of Bank | |
| Savings Account Balance | $ 0.00 | Name/Address of Bank: | |
| Stocks, Bonds, or other Investments Held Balance | $ 0.00 | Type of Investment, Name/Location of Company/Corporation | |
| Vehicles Owned (Autos, boats, recreational vehicles, etc.) - Estimate Value | $ 0.00 | Identify Year ___ Model ___ License Plate ___  Identify Year ___ Model ___ License Plate ___ | |
| House(s) or other Property - Estimate Value | $ 0.00 | Amount owed, Year Purchased | |

**IF ADDITIONAL SPACE IS NEEDED TO PROVIDE COMPLETE INFORMATION, ATTACH A SEPARATE PAGE.**

I swear under penalty of perjury that all information provided is true and complete. In addition, I authorize the Court to make any necessary contacts to verify the information.

Signature: __Frederick P. Moore__  Date: 8-3-2008

JDF 205  R11/06  MOTION TO: FILE WITHOUT PAYMENT OF FILING FEE/APPOINT AND PAY INTERPRETER AND SUPPORTING FINANCIAL AFFIDAVIT