**'08-CV-01739**

## APPLICATION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM

Pursuant to §21-1-103(3), C.R.S., a processing fee of $25.00 may be collected by the court upon final disposition of this case.

Case number: _____ Court Room: _____ District: **of Colorado**

Most serious charge: _____ Next hearing date/Type: _____

All sections must be completed. Print neatly. If an item does not apply, write N/A.

**Applicant**

Name: **Frederick D. Moore**
Mailing Address: **3200 Airport Rd Boulder Co 80301**
Street Address (if different): **936 Warren Court**
City, State, Zip: **Longmont, Co 80501**
Phone number: **720 842 9569**
Soc. Sec. No.: **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** Birthdate: **8-21-1971**
Driver's License No.: **002680436** State: **Co**

**Applicant's Employer**

Company: _____
Mailing Address: **N/A**
Street Address (if different): _____
City, State, Zip: _____
Phone Number: _____ Position: _____
Length of Employment: _____ Hours/Week: _____
Pay Dates: _____ Pay Rate: $_____

**Other Household Members (Spouse, Parent, etc.)**

Name: _____
Relation to Applicant: **N/A**
Mailing Address: **N/A**
Street Address (if different): _____
City, State, Zip: _____
Phone number: _____
Soc. Sec. No.: _____ Birthdate: _____
Driver's License No.: _____ State: _____

**Other Household Member's Employer**

Company: _____
Mailing Address: _____
Street Address (if different): **N/A**
City, State, Zip: _____
Phone Number: _____ Position: _____
Length of Employment: _____ Hours/Week: _____
Pay Dates: _____ Pay Rate: $_____

**FILED UNITED STATES DISTRICT COURT DENVER, COLORADO AUG 15 2008 GREGORY C. LANGHAM CLERK**

Marital Status: ☐ Single ☐ Married ☐ Separated ☑ Divorced  Total Number of Dependents (including yourself): _____

| Gross Monthly Income | Amount | Monthly Expenses | Amount |
|---|---|---|---|
| Self (wages, salary, commission) | $ 0.00 | Rent/Mortgage | $ 0.00 |
| Spouse/Other Household Members | 0.00 | Groceries | 0.00 |
| Parents (if same household) | 0.00 | Utilities | 0.00 |
| Unemployment Benefits | 0.00 | Clothing | 0.00 |
| Social Security/Retirement Funds | 0.00 | Maintenance/Alimony and/or Child Support | 0.00 |
| Maintenance/Alimony | 0.00 | Medical/Dental | 0.00 |
| Other Income (see Page 2) | 0.00 | Other Expenses (identify source) | 0.00 |
| Other Income (see Page 2) | 0.00 | Other Expenses (identify source) | 0.00 |
| **Total Household Income** | $ 0.00 | **Total Expenses** | $ 0.00 |

| Assets | Amount | Description | |
|---|---|---|---|
| Savings Account Balance | $ 0.00 | Name of Bank: | N/A |
| Checking Account Balance | 0.00 | Name of Bank: | |
| Value of Vehicles | 0.00 | Year and Model: | |
| Value of Recreation Vehicles | 0.00 | Amount Owed: $ | |
| Value of House | 0.00 | Type: | |
| Value of Other Property | 0.00 | Type: | |
| Value of Stocks, Bonds, Mutual Funds | 0.00 | Type: | |
| Value of Other Investments | 0.00 | Year and Model: | |
| **Total Assets** | $ 0.00 | Convertible to Cash = $ | |

**References:**
1. Name/Address/Phone: **Bert Summers 936 Warren Court Longmont Co 80501 720 842-9569**
2. Name/Address/Phone: _____

**RECEIVED UNITED STATES DISTRICT COURT DENVER, COLORADO AUG -5 2008 GREGORY C. LANGHAM CLERK**

**Guidelines:**
☐ At or below or ☐ Above or
☐ Automatically eligible for PD/GAL/RPC (☐ In custody &/or bond allowed ☐ Out on bond ) or
☐ Refer to scoring instrument (Criminal, Misdemeanor, Traffic, Juvenile Delinquency cases )

Signature of investigator/clerk/PD: _____ Date: _____

I swear under penalty of perjury that the above-contained information is true and complete. I also understand that if the court grants this request, I may later be ordered to reimburse the State of Colorado for attorney fees spent on my behalf.

Client signature: **Frederick P. Moore** Date: **8-3-2008**

Signature of judicial officer: _____ Date: _____

Request: ☐ granted or ☐ denied

JDF 208   R7/06   APPLICATION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM   Page 1 of 2