IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01739-BNB

FREDERICK D. MOORE,

    Plaintiff,

v.

CMDR BRUCE HAAS, Medical Head,
REVADA FARNSWORTH, Medical RN,
CHIEF LARRY HANK, Boulder County Sheriff, and
DR. SINGH, Medical Infirmary Head,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
                CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff Frederick D. Moore currently resides in Longmont, Colorado. He initiated this civil rights action while he was detained at the Boulder County Jail in Boulder, Colorado. Magistrate Judge Boyd N. Boland reviewed the merits of Mr. Moore's claims, determined that Plaintiff failed to assert personal participation by named Defendants, and entered an order on September 3, 2008, instructing Plaintiff to file an Amended Prisoner Complaint. On September 9, 2008, Mr. Moore filed an Amended Complaint alleging that Defendants violated his Eighth and Fourteenth Amendment rights when they failed to give him his prescription for Vicodin and did not investigate his theft claim. Plaintiff seeks money damages.

The Court must construe Mr. Moore's Amended Complaint liberally because he is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a

*pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. The Complaint and action will be dismissed for the reasons stated below.

Mr. Moore alleges that while he was housed at the Boulder County Jail he suffered broken ribs and a punctured lung. He further asserts that the doctor at the Longmont Clinic prescribed Vicodin for the pain, but the prescription was taken from him by jail personnel, and he was prescribed Motrin instead. He also asserts that the sheriff's department failed to investigate his theft claim.

Plaintiff was instructed by Magistrate Judge Boland in the September 3, 2008, Order that he must state how each named Defendant personally participated in the alleged constitutional violations. In the Amended Complaint, Mr. Moore again has failed to assert specifically how any named Defendants personally participated in the alleged taking of his drug prescription in violation of his Eighth and Fourteenth Amendment rights. Mr. Moore states that Defendants Dr. Singh and Revada Farnsworth "knowingly violated [his] right to be free from the infliction of cruel and unusual punishment." (Am. Compl. at 4.) With respect to Defendants Larry Hank and Bruce Haas, he asserts that they "engaged therein . . . or cause[d] to be done, any act in furtherance of the object of conspiracy . . . ." (Am. Compl. at 5.)

As Magistrate Judge Boland informed Mr. Moore in the September 3, 2008, Order, pursuant to *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007), he must explain what each defendant did to him, when they committed the act, how the act harmed him, and what specific legal right was violated. Mr. Moore does not explain with any detail what named Defendants did to violate his constitutional rights.

2

The claims he asserts against named Defendants are conclusory and vague. The claims do not explain how named Defendants specifically were involved with the taking of Plaintiff's Vicodin prescription and, therefore, how they were responsible for violating his Eighth and Fourteenth Amendment rights. Accordingly, it is

ORDERED that the Complaint and the action are dismissed for failure to comply with the September 3, 2008, Order and to assert personal participation by each named Defendant. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01739-BNB

Frederick D. Moore
936 Warden Court
Longmont, CO 80501

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk